Case 0:22-cr-60031-JIC Document 1 Entered on FLSD Docket 02/25/2022 Page 1 of 4

KS

FILED by ___ KS ___ D.C.

Feb 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-60031-CR-COHN/STRAUSS**
_____
18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

vs.

ANDREW JACKSON OSGOOD,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Felon in Possession of a Firearm or Ammunition**
**(18 U.S.C. § 922(g)(1))**

On or about June 17, 2021, in Broward County, in the Southern District of Florida, the defendant,

**ANDREW JACKSON OSGOOD,**

did knowingly possess a firearm and ammunition in and affecting interstate commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(l).

### FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANDREW JACKSON OSGOOD**, has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 922(g)(l),

or any other criminal law of the United States of America, as alleged in this Indictment, the defendant, **ANDREW JACKSON OSGOOD**, shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(l).

All pursuant to Title 18, United States Code, Section 924(d)(l) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

*[signature: Thomas J. Mulvihill for]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| Andrew Jackson Osgood, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |
| Defendant.                      / | |

**Court Division:** (Select One)  
☐ Miami   ☐ Key West   ☑ FTL  
☐ WPB   ☐ FTP

New defendant(s)   ☐ Yes   ☐ No  
Number of new defendants _____  
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect **English**
4. This case will take **2** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       ☑
   - II   6 to 10 days      ☐
   - III  11 to 20 days     ☐
   - IV   21 to 60 days     ☐
   - V    61 days and over  ☐

   (Check only one)
   - Petty         ☐
   - Minor         ☐
   - Misdemeanor   ☐
   - Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
JOSEPH A. COOLEY
Assistant United States Attorney
FLA Bar No.       966460

*Penalty Sheet(s) attached                                                        REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANDREW JACKSON OSGOOD   **Case No:** _____

Count #: 1

Felon in Possession of Firearm and Ammunition

18 U.S.C. § 922(g)(1)

**\*Max. Penalty:** Maximum sentence 10 years imprisonment; maximum 3 years supervised release; $250,000 fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.